O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISRAEL GARCIA, | ) | No. CV 08-04934-SGL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL, et al., | ) | |
| Respondents | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: <u>January 9, 2009</u>

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE